| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>PLAINTIFF(S)<br><br>vs.<br><br>LA SALLE GLASS & MIRROR CO. A/K/A LG&M LASALLE GLASS & MIRROR COMPANY A/K/A LASALLE GLASS & MIRROR CO.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>1:07-CV-00488<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 20, 2007**, at **12:15 PM**, I served the above described documents upon **LA SALLE GLASS & MIRROR CO. A/K/A LG&M LASALLE GLASS & MIRROR COMPANY A/K/A LASALLE GLASS & MIRROR CO.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MARK HAAS / SALES**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **401 N. ARMOUR, CHICAGO, IL 60622**.

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **45**   Hgt: **5'11"**   Wgt: **240**   Hair: **BROWN**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct to the best of my knowledge.

_____
Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 23rd day of April, 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

CLIENT NAME:
Legal Errands, Inc.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
30581