**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )
)
)
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.
) 07-cv-00488 (PLF)
LA SALLE GLASS & MIRROR CO. )
a/k/a LG&M Lasalle Glass & Mirror Company )
a/k/a Lasalle Glass & Mirror Co. )
)
Defendant. )
)
)
)

**REQUEST TO CLERK TO ENTER**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, La Salle Glass & Mirror Co. a/k/a LG&M Lasalle Glass & Mirror Company a/k/a Lasalle Glass & Mirror Co. for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0611
Attorney for Plaintiff

Date: June 12, 2007

184082_1.DOC

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0660

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>1750 New York Avenue, N.W.<br>Washington, DC 20006-5387<br><br>Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.:<br>07-cv-00488 (PLF) |
| LA SALLE GLASS & MIRROR CO.<br>a/k/a LG&M Lasalle Glass & Mirror Company<br>a/k/a Lasalle Glass & Mirror Co.<br>401 North Armour<br>Chicago, IL 60622<br><br>Defendant. | ) | |

**DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE**
**<u>FOR ENTRY OF DEFAULT</u>**

Sanford G. Rosenthal, Esquire declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on La Salle Glass & Mirror Co. a/k/a LG&M Lasalle Glass & Mirror Company a/k/a Lasalle Glass & Mirror Co. ("Company" or "Defendant"), by Steven A. Stosur, Lic #: 117-001119, process server, who served Mark Haas/Sales, an officer, managing agent or authorized agent of the Company at 401 N. Armour, Chicago, IL 60622 on April 20, 2007. The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

6. Inasmuch as Defendant is a corporation, it is not in the military service.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: June 12, 2007

**CERTIFICATE OF SERVICE**

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by U.S. first class mail, postage prepaid, on this 12th day of June, 2007 as follows:

La Salle Glass & Mirror Co.
a/k/a LG&M Lasalle Glass & Mirror Company
a/k/a Lasalle Glass & Mirror Co.
401 North Armour
Chicago, IL 60622

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE