Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

V.

Civil Action No. 07-488 PLF

LA SALLE GLASS & MIRROR CO.

    Defendant(s)

RE: LA SALLE GLASS & MIRROR CO.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 20, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of June, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk