UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
INTERNATIONAL PAINTERS AND    )
ALLIED TRADES INDUSTRY         )
PENSION FUND,                          )
                                            )
      Plaintiff,              )
                                            )
  v.                                      )   Civil Action No. 07-0488   (PLF)
                                            )
LA SALLE GLASS & MIRROR CO., )
                                            )
      Defendant.          )
_____)

## ORDER

Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on April 20, 2007. An affidavit of said service has been filed with the Court. On June 13, 2007, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Plaintiff has not yet filed a motion for entry of default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall file a motion for entry of default judgment on or before July 13, 2007.

SO ORDERED.

                                    _____/s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: June 26, 2007