## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                   )
                                   )
                          Plaintiff, )
                                   )

v.                                  )   CIVIL ACTION NO.
                                 )   07-cv-00488 (PLF)

LA SALLE GLASS & MIRROR CO. )
a/k/a LG&M Lasalle Glass & Mirror Company )
a/k/a Lasalle Glass & Mirror Co. )
                                   )
                          Defendant. )
                                   )
                                   )
                                   )

## SATISFACTION OF JUDGMENT

NOW COMES the Plaintiff, International Painters and Allied Trades Industry Pension

Fund, by and through its undersigned counsel, and notifies the Court that the Judgment entered

by the Court on August 2, 2007, has been satisfied in full by the Defendants.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Sanford G. Rosenthal
      SANFORD G. ROSENTHAL
      Bar No. 478737
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street, Independence Square
      Philadelphia, PA 19106-3683
      (215) 351-0611/0660

      Attorneys for the Fund

Date: September 17, 2007

187983-1